# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.  
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Fax: 919-861-5555

**DATE:** August 8, 2024

**FROM:** Timothy L. Gupton  
Senior U.S. Probation Officer

**SUBJECT:** BARNES, Kenneth Ray  
Case No.: 5:18-CR-347-1BO  
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle  
United States District Judge

On May 1, 2019, Kenneth Ray Barnes was convicted of Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine and 28 Grams or More of Cocaine Base (Crack); and Possession With Intent to Distribute 28 Grams or More of Cocaine Base (Crack) and a Quantity of Cocaine. Mr. Barnes appeared in United States District Court for the Eastern District of North Carolina and received 63 months imprisonment, followed by 5 years of supervised release. On January 16, 2021, pursuant to 18 U.S.C. § 3582(c), his term of imprisonment was reduced to Time Served. He began supervision on January 20, 2021.

Mr. Barnes has performed satisfactorily on supervision. He has submitted to DNA testing, and with the exception of traffic offenses, he has had no new criminal charges. His case was evaluated as a low-risk supervision case, and he has been on our low-risk supervision program since June 14, 2023. All drug screens have been negative. Mr. Barnes receives long term disability from Pepsi Bottling Ventures and has satisfied all of his monetary obligations. His term of supervision is set to expire on January 19, 2026.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. I will reconsider in one year.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_ (signature)  
Terrence W. Boyle  
United States District Judge

8-9-24  
Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                           Crim. No. 5:18-CR-347-1BO

**KENNETH RAY BARNES**

On January 20, 2021, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: August 8, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___9___ day of __August__, 2024.

_____  
Terrence W. Boyle  
United States District Judge